JUDITH NOSTROM, Individually and as Personal Representative of the Estate of DONALD NOSTROM, Deceased, Appellant, v A.W. CHESTERTON COMPANY et al., Defendants, and CENTRAL HUDSON GAS & ELECTRIC CORPORATION et al., Respondents.

Submitted October 5, 2009; decided December 1, 2009

Reported below, 59 AD3d 159.

Motion, insofar as it seeks leave to appeal against defendant Consolidated Edison Company of New York, Inc., dismissed upon the ground that as to that party the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise granted.

Chief Judge LIPPMAN and Judge READ taking no part.

---

MARIE SANDER, Appellant, v ARNOLD S. KRONICK, Respondent.

MARIE SANDER, Appellant, v GREENSPAN & GREENSPAN et al., Respondents.

Submitted October 13, 2009; decided December 1, 2009

Reported below, 2009 NY Slip Op 77297(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the actions within the meaning of the Constitution.

---

In the Matter of the Claim of XIAO QING LIU, Appellant, v RICH-LINE GROUP/BEL-ORO et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted October 5, 2009; decided December 1, 2009

Reported below, 2009 NY Slip Op 81679(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.